UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LADONNA D. APPLING,

    Plaintiff,

v.                                                  Case No. 19-cv-8-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO DILIGENTLY PURSUE

      The plaintiff is representing herself. On January 2, 2019, she filed a complaint asking the court to conduct a review of a final decision from the defendant. Dkt. No. 1. The court allowed the plaintiff to proceed without prepaying the filing fee, dkt. no. 4, and on January 16, 2019, it issued a briefing letter setting deadlines for the defendant to file the administrative record and the plaintiff to file her brief, dkt. no. 6. The court ordered the plaintiff to file her brief by April 29, 2019. Id. April 19 came and went, and the court did not receive anything from the plaintiff. On July 24, 2019, the court issued an order, explaining to the plaintiff that even though she'd attached certain documents to her complaint, she needed to file a brief explaining why she thought the administrative law judge, or the Commissioner, made a mistake in denying her benefits. Dkt. No. 12. The court gave the plaintiff another chance to file a brief, giving her a deadline of the end of the day on

1

August 16, 2019 by which to do so. Id. The order told the plaintiff that if the court did not receive her brief by the end of the day on August 16, 2019, it would dismiss her case for failure to diligently pursue it. Id. at 2.

The court did not receive a brief from the plaintiff by the end of the day on August 16, 2019.

The court **ORDERS** that the complaint is **DISMISSED WITHOUT PREJUDICE** for failure to diligently pursue it. See Civ. L.R. 41(c).

The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 19th day of August, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**